UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:23-CR-49-TAV-DCP-1 |
| | ) | |
| JASON WARE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On June 26, 2023, defendant filed a *pro se* Motion for Dismissial [sic] requesting that the charge of escape be dismissed [Doc. 16]. However, defendant is represented by counsel. "The right to defend pro se and the right to counsel have been aptly described as 'two faces of the same coin,' in that waiver of one right constitutes a correlative assertion of the other." *United States v. Mosely*, 810 F.2d 93, 97 (6th Cir. 1987) (quoting *United States v. Conder*, 423 F.2d 904, 908 (6th Cir. 1970)); *see United States v. Williams*, 641 F.3d 758, 770 (6th Cir. 2011) (declining to address arguments raised in defendant's pro se brief where defendant was represented by counsel). This Court's local rules prohibit a party from filing a motion on his own behalf when he is represented by counsel. *See* E.D. Tenn. L.R. 83.4(c).

Defendant continues to be represented by counsel and must make any filings through counsel. *See Williams*, 641 F.3d at 770. The Court **DIRECTS** defendant's counsel to (1) review defendant's pro se motion and (2) consult with defendant on that

motion. The Court further **DIRECTS** defendant's counsel to advise defendant of this Order.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE